**Order entered December 18, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-01529-CV
No. 05-15-01530-CV
No. 05-15-01531-CV

**IN RE ANDREW PETE, Relator**

**Original Proceeding from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F12-33559-V, F12-33560-V, F12-33561-V**

## ORDER
Before Justices Lang, Fillmore and Brown

Based on the Court's opinion of this date, to the extent relator's petition seeks release from custody, we **DISMISS** relator's petition. We **DENY** the petition with regard to all other relief relator seeks.

/s/      ADA BROWN
JUSTICE